# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Balfour Beatty Construction, LLC | ) | ASBCA Nos. 60774, 60826, 61254 |
| | ) | |
| Under Contract No. N62473-10-D-5407 | ) | |

APPEARANCES FOR THE APPELLANT: Jason R. Thornton, Esq.
    Daniel P. Scholz, Esq.
     Finch, Thornton & Baird, LLP
    San Diego, CA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Matthew D. Bordelon, Esq.
    Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE WILSON

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' "Joint Stipulation of Judgment Pursuant to Settlement Agreement" dated June 11, 2018, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $80,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: June 27, 2018

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60774, 60826, 61254, Appeals of Balfour Beatty Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --           )
                              )
Balfour Beatty Construction, LLC    )     ASBCA Nos. 60774, 60826, 61254
                              )
Under Contract No. N62473-10-D-5407   )

APPEARANCES FOR THE APPELLANT:       Jason R. Thornton, Esq.
                                           Daniel P. Scholz, Esq.
                                            Finch, Thornton & Baird, LLP
                                            San Diego, CA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                           Navy Chief Trial Attorney
                                           Matthew D. Bordelon, Esq.
                                           Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE WILSON

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' "Joint Stipulation of Judgment Pursuant to Settlement Agreement" dated June 11, 2018, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $80,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: June 27, 2018

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60774, 60826, 61254, Appeals of Balfour Beatty Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals